IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00401-BNB

MATTHEW BRADLEY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS (AGENCY),
DAVID BERKEBILE, Warden ADX,
PATRICIA RANGEL, Unit Manager ADX,
GRANT HUETT, Case Manager ADX,
DEBRA PAYNE, Special Investigative Agent,
KINDRA VARGAS, SIS Technician ADX and
STEPHEN CEDENO, Counselor ADX,

    Defendants.

---

ORDER ASSIGNING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Chief Judge Marcia S. Krieger and Magistrate Judge Michael J. Watanabe. Accordingly, it is

ORDERED that this case shall be assigned to Chief Judge Marcia S. Krieger and Magistrate Judge Michael J. Watanabe pursuant to D.C.COLO.LCivR 40.1(c)(1). It is

FURTHER ORDERED that Plaintiff's "Motion to Attach Exhibits Attached to Original Complaint Doc. No. (1) to First Amended Verified Complaint date 3/13/2014" is GRANTED.

DATED March 26, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge